Merrel Elwin Edsall, Sr., and Roy Oliver Edsall, d/b/a Edsall Agency, Plaintiffs-Appellants, v. Chester A. Creek, and Mabel G. Creek, Defendants-Appellees.

Gen. No. 10,099. 

Third District.

May 20, 1957.

Released for publication June 5, 1957.

Arthur D. Young, for appellants; Scott and Sebo, for defendants-appellees. Opinion by JUDGE CARROLL. **Not to be published in full.**